# FLORIDA SUPREME COURT

# NOTICE OF CORRECTION

**DATE:** May 22, 2025

**CASE OF:** In Re: Amendments to Florida Rules of General Practice and Judicial Administration

**DOCKET NO.:** SC2023-1401

**OPINION FILED:** March 20, 2025

## ATTENTION:  ALL PUBLISHERS

**THE FOLLOWING CORRECTION HAS BEEN MADE IN THE ABOVE OPINION:**

On p. 22, line 3, the word "Filing" is now struck-through type.

**SIGNED:  OPINION CLERK**